IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 13-cv-03090-REB-BNB

GARY BRANSON,

    Plaintiff,

v.

COMMERCE CITY POLICE OFFICER ROBERT PRICE, in his official and individual capacity,
COMMERCE CITY COMMUNITY SERVICES OFFICER ARICA BORES, in her official and individual capacity,
COMMERCE CITY POLICE OFFICER CHRISTOPHER CASTILLO, in his official and individual capacity, and
CITY OF COMMERCE CITY, COLORADO,

    Defendants.

## ORDER DISMISSING CLAIMS 5 AND 6 OF PLAINTIFF'S FIRST AMENDED COMPLAINT

**Blackburn, J.**

The matter is before me on the **Stipulation to Dismiss Claims 5 and 6 of Plaintiff's First Amended Complaint and Jury Demand** [#30][1] filed May 5, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that claims five and six of the **First Amended Complaint and Jury Demand** [#9] filed February 25, 2014, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation to Dismiss Claims 5 and 6 of Plaintiff's First**

---

[1] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**Amended Complaint and Jury Demand** [#30] filed May 5, 2014, is **APPROVED**;

    2.  That claims five and six of the **First Amended Complaint and Jury Demand** [#9] filed February 25, 2014, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

    3.  That by **May 16, 2014**, plaintiff shall file a status report identifying the claims that remain for determination.

Dated May 5, 2014, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge