IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03090-REB-BNB

GARY BRANSON,

Plaintiff,

v.

ROBERT PRICE, Commerce City Police Officer, in his official and individual capacity,
ARICA BORES, Commerce City Community Services Officer, in her official and individual
capacity,
CHRISTOPHER CASTILLO, Commerce City Police Officer, in his official and individual
capacity, and
CITY OF COMMERCE CITY, COLORADO,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      Pursuant to the filing of the **Plaintiff's Response to Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** [docket no. 59, filed November 6, 2014], that the subpoena has been voluntarily withdrawn,

      IT IS ORDERED that the **Motion to Quash Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action** [docket no. 52, filed October 29, 2014] is DENIED AS MOOT.

DATED:  November 10, 2014