IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03090-REB-BNB

GARY BRANSON,

Plaintiff,

v.

ROBERT PRICE, Commerce City Police Officer, in his official and individual capacity,
ARICA BORES, Commerce City Community Services Officer, in her official and individual capacity,
CHRISTOPHER CASTILLO, Commerce City Police Officer, in his official and individual capacity, and
CITY OF COMMERCE CITY, COLORADO,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Modify the Scheduling Order [Doc. 35]** [docket no. 68, filed November 18, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The discovery cut-off is extended to and including **December 19, 2014**. The dispositive motions deadlines is extended to and including **January 12, 2015**.

DATED: November 19, 2014