**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03090-REB-BNB

GARY BRANSON,

    Plaintiff,

v.

COMMERCE CITY POLICE OFFICER ROBERT PRICE, in his official and individual capacity,
COMMERCE CITY COMMUNITY SERVICES OFFICER ARICA BORES, in her official and individual capacity,
COMMERCE CITY POLICE OFFICER CHRISTOPHER CASTILLO, in his official and individual capacity, and
CITY OF COMMERCE CITY, COLORADO,

    Defendants.

## ORDER APPROVING STIPULATION TO DISMISS

**Blackburn, J.**

The matter before me is the **Stipulation to Dismiss Defendants Bores, Castillo, and City of Commerce City and Claims 2, 3, 4, 7,and 8 With Prejudice** [#72][1] filed December 12, 2014. After reviewing the motion and the record, I conclude that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation to Dismiss Defendants Bores, Castillo, and City of Commerce City and Claims 2, 3, 4, 7,and 8 With Prejudice** [#72] is **APPROVED**; and

2. That the claims of the plaintiff against defendants, COMMERCE CITY

---

[1] "[#72]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

COMMUNITY SERVICES OFFICER ARICA BORES, in her official and individual capacity, COMMERCE CITY POLICE OFFICER CHRISTOPHER CASTILLO, in his official and individual capacity, and CITY OF COMMERCE CITY, COLORADO, are **DISMISSED WITH PREJUDICE**;

    3.  That defendants COMMERCE CITY COMMUNITY SERVICES OFFICER ARICA BORES, in her official and individual capacity, COMMERCE CITY POLICE OFFICER CHRISTOPHER CASTILLO, in his official and individual capacity, and CITY OF COMMERCE CITY, COLORADO, are **DROPPED** as named parties to this action, and the case caption is amended accordingly;

    4.  That Claims 2, 3, 4, 7, and 8 are **DISMISSED WITH PREJUDICE**; and

    5.  That each affected party **SHALL PAY** its own attorney fees and costs.

Dated December 23, 2014, at Denver, Colorado.

                                     **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge