**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-03090-REB-BNB

GARY BRANSON,

      Plaintiff,

v.

COMMERCE CITY POLICE OFFICER ROBERT PRICE, in his official and individual capacity,

      Defendant.

**ORDER**

**Blackburn, J.**

The matter is before me on the **Stipulation for Substitution of Party and Dismissal of Defendant** [#110][1] filed January 15, 2016. After careful review of the stipulation and the file, I conclude that the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Substitution of Party and Dismissal of Defendant** is approved;

2. That the plaintiff's claims against defendant Commerce City Police Officer Robert Price are dismissed with prejudice with the affected parties to pay their own attorney fees and costs;

3. That the City of Commerce City is substituted in place of Commerce City

---

[1] "[#110]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Police Officer Robert Price as the named defendant in this action; and

    4.  That the caption shall be amended to remove Commerce City Police Officer Robert Price as the defendant and to substitute the City of Commerce City as the named defendant.

    Dated January 19, 2016, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*

Robert E. Blackburn
United States District Judge